```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X    Chapter 7

IN RE:                                Case No. 09-24096(RDD)

DEBRA IANNARELLI,

             Debtor.

--------------------------------X
```

TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

TO: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN
    DISTRICT OF NEW YORK:

JEFFREY L. SAPIR, trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

1. First National Bank of Omaha
   1620 Dodge Street Stop Code 3105
   Omaha, Ne. 68197                              $276.05

A check to your order in the sum of $276.05 is enclosed representing the total of the aforesaid unclaimed dividend(s).

             Respectfully submitted,


             JEFFREY L. SAPIR